UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOUT, INC,<br>　　　　　　Plaintiff,<br>　　v.<br>JEN PROCESSING, LTD, et al.,<br>　　　　　　Defendants. | Case No.  14-cv-02341-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR SERVICE** |

The Court has reviewed Plaintiff's case management conference statement. (Dkt. No. 17.) In light of the representations made, the Court finds good cause for extending the deadline for service of process to November 20, 2014. Any renewed motion for expedited discovery to facilitate service of process must be filed by that date if Plaintiff has been unable to serve defendants. Further, the case management conference scheduled for September 18, 2014 is continued to December 4, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 12, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge