KAUFHOLD GASKIN LLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
QUYNH K. VU, ESQ. (SBN 286631)
Email: QVu@KaufholdGaskin.com
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

Attorneys for Plaintiff
Skout, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKOUT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEN PROCESSING, LTD, JENNIFER NICOLE NEWNHAM, CHRISTOPHER RUSSELL NEWNHAM, INFIUM, LTD, CITYNET LINE, V.A.N. KERESKEDELMI ES SZOLGALTATO BETETI TARSASAG, EPIOHOST LTD, EDIBERT IAN DEGUZMAN, NORMAN DEMAJO, IDOYA LIMITED, BROUSKO INVESTMENTS LIMITED, MANOEL LEVY, JASON SILVER, JAKE RIOS, MINGKAI ZHANG, MR. ELITE TEAM, KRYZYSZTOF SLAWINSKI and DOES 5-100,<br><br>　　　　Defendants. | Case No.: 14-02341 RS<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT MANOEL LEVY AND [PROPOSED] ORDER** |

1  **STIPULATION OF DISMISSAL OF MANOEL LEVEY WITH PREJUDICE**

2  WHEREAS, Plaintiff Skout, Inc. ("Plaintiff") filed its First Amended Complaint for Breach of Contract; Fraud; Unfair or Deceptive Business Practices; Violation of the Computer Fraud and Abuse Act; Violation of the California Comprehensive Computer Data Access and Fraud Act; and Violation of the Controlling the Assault of Non-Solicited Pornography and Marketing Act on May 29, 2015.

WHEREAS, Plaintiff and Defendant Manoel Levy settled this matter on or about November 10, 2015.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Manoel Levy through their designated counsel that the above-captioned action should be dismissed with prejudice as to Mr. Levy pursuant to FRCP 41(a)(1)(A).  The parties further stipulate that, except as set forth in the November 10, 2015 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses, and costs.

IT IS SO STIPULATED.

Dated: November 17, 2015                KAUFHOLD GASKIN LLP

                                         _____
                                         Steven S. Kaufhold

                                         KAUFHOLD GASKIN LLP
                                         Steven S. Kaufhold (SBN 157195)
                                         SKaufhold@KaufholdGaskin.com
                                         Quynh K. Vu (SBN 286631)
                                         QVu@KaufholdGaskin.com
                                         388 Market St., Suite 1300
                                         San Francisco, CA 94111
                                         T: 415-445-4620

                                         *Attorneys for Skout, Inc.*

| | | |
|---|---|---|
| 1 | Dated: November 17, 2015 | GREENBERG TRAURIG LLP |
| 2 | | /s/ |
| 3 | | Ian C. Ballon |
| 4 | | GREENBERG TRAURIG, LLP |
| 5 | | Ian C. Ballon (SBN 141819) |
| | | ballon@gtlaw.com |
| 6 | | Monica A. Hernandez (SBN 280195) |
| | | 1900 University Avenue, 5th Floor |
| 7 | | East Palo Alto, CA 94303 |
| | | T: 650-328-8500 |
| 8 | | *Attorneys for Manoel Levy* |

STIPULATION OF DISMISSAL OF MANOEL LEVY AND [PROPOSED ORDER]
Case No. 14-02341 RS

2

**ORDER**

The Court, having considered the stipulation of the parties and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as against Defendant Manoel Levy pursuant to FRCP 41(a)(1)(A).
2. Each party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the November 10, 2015 Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 11/19/15

_____
Honorable Richard Seeborg
United States District Judge
Northern District of California