UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOUT, INC,<br>         Plaintiff,<br><br>    v.<br><br>JEN PROCESSING, LTD, et al.,<br>         Defendants. | Case No. 14-cv-02341-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 19, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. STATUS REPORT

The parties shall file a report in the next 60 days advising the Court on the status of the pleadings and ADR.

2. AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be January 1, 2016. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

3. DISCOVERY.

On or before October 1, 2016 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

4. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a. On or before August 15, 2016, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before October 1, 2016, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

6. FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **January 28, 2016 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

7. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than December 8, 2016.

**IT IS SO ORDERED**.

Dated: November 19, 2015

_____
RICHARD SEEBORG
United States District Judge