KAUFHOLD GASKIN LLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
QUYNH K. VU, ESQ. (SBN 286631)
Email: QVu@KaufholdGaskin.com
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

Attorneys for Plaintiff
Skout, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKOUT, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEN PROCESSING, LTD, JENNIFER NICOLE NEWNHAM, CHRISTOPHER RUSSELL NEWNHAM, INFIUM, LTD, CITYNET LINE, V.A.N. KERESKEDELMI ES SZOLGALTATO BETETI TARSASAG, EPIOHOST LTD, EDIBERT IAN DEGUZMAN, NORMAN DEMAJO, IDOYA LIMITED, BROUSKO INVESTMENTS LIMITED, MANOEL LEVY, JASON SILVER, JAKE RIOS, MINGKAI ZHANG, MR. ELITE TEAM, KRYZYSZTOF SLAWINSKI and DOES 5-100,<br><br>　　　　Defendants. | Case No.: 14-02341 RS<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS JEN PROCESSING, LTD, JENNIFER NICOLE NEWNHAM, AND CHRISTOPHER RUSSELL NEWNHAM AND [~~PROPOSED~~] ORDER** |

STIPULATION OF DISMISSAL OF JEN PROCESSING, LTD, JENNIFER NICOLE NEWNHAM, AND
CHRISTOPHER RUSSELL NEWNHAM AND [PROPOSED] ORDER
Case No. 14-02341 RS

## **STIPULATION OF DISMISSAL OF MANOEL LEVEY WITH PREJUDICE**

WHEREAS, Plaintiff Skout, Inc. ("Plaintiff") filed its First Amended Complaint for Breach of Contract; Fraud; Unfair or Deceptive Business Practices; Violation of the Computer Fraud and Abuse Act; Violation of the California Comprehensive Computer Data Access and Fraud Act; and Violation of the Controlling the Assault of Non-Solicited Pornography and Marketing Act on May 29, 2015.

WHEREAS, Plaintiff and Defendants Jen Processing Ltd, Jennifer Nicole Newnham, and Christopher Russell Newnham (collectively, "Jen Processing Defendants") settled this matter on or about January 29, 2016.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and the Jen Processing Defendants through their designated counsel that the above-captioned action should be dismissed with prejudice as to the Jen Processing Defendants pursuant to FRCP 41(a)(1)(A). The parties further stipulate that, except as set forth in the January 29, 2016 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses, and costs.

IT IS SO STIPULATED.

Dated: February 5, 2016            KAUFHOLD GASKIN LLP

　　　　　　　　　　　　　　　　　　 /s/ Quynh K. Vu
　　　　　　　　　　　　　　　　　　Quynh K. Vu

　　　　　　　　　　　　　　　　　KAUFHOLD GASKIN LLP
　　　　　　　　　　　　　　　　　Steven S. Kaufhold (SBN 157195)
　　　　　　　　　　　　　　　　　SKaufhold@KaufholdGaskin.com
　　　　　　　　　　　　　　　　　Quynh K. Vu (SBN 286631)
　　　　　　　　　　　　　　　　　QVu@KaufholdGaskin.com
　　　　　　　　　　　　　　　　　388 Market St., Suite 1300
　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　T: 415-445-4620

　　　　　　　　　　　　　　　　　*Attorneys for Skout, Inc.*

STIPULATION OF DISMISSAL OF JEN PROCESSING, LTD, JENNIFER NICOLE NEWNHAM, AND CHRISTOPHER RUSSELL NEWNHAM AND [PROPOSED] ORDER
Case No. 14-02341 RS

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: February 5, 2016 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 4 | | /s/ Mindy Morton |
| 5 | | Mindy Morton |

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
Robert H. Sloss (SBN 87757)
Robert.sloss@procopio.com
Melinda Morton (SBN 209373)
Mindy.morton@procopio.com
1020 Marsh Road, Suite 200
Menlo Park, CA 94025
T: 650-645-9000

*Attorneys for Defendants Jen Processing Ltd, Jennifer Newnham, Christopher Newnham*

---

STIPULATION OF DISMISSAL OF JEN PROCESSING, LTD, JENNIFER NICOLE NEWNHAM, AND CHRISTOPHER RUSSELL NEWNHAM AND [PROPOSED] ORDER
Case No. 14-02341 RS

2

## ~~[PROPOSED]~~ ORDER

The Court, having considered the stipulation of the parties and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as against Defendants Jen Processing, Ltd, Jennifer Nicole Newnham, and Christopher Russell Newnham pursuant to FRCP 41(a)(1)(A).
2. Each party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the January 29, 2016 Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 2/5/16

Honorable Richard Seeborg
United States District Judge
Northern District of California

STIPULATION OF DISMISSAL OF JEN PROCESSING, LTD, JENNIFER NICOLE NEWNHAM, AND CHRISTOPHER RUSSELL NEWNHAM AND [PROPOSED] ORDER
Case No. 14-02341 RS

3