1  KAUFHOLD GASKIN LLP
   STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
2  Email: SKaufhold@KaufholdGaskin.com
   QUYNH K. VU, ESQ. (SBN 286631)
3  Email: QVu@KaufholdGaskin.com
   388 Market St., Suite 1300
4  San Francisco, CA 94111
   Telephone: 415-445-4620
5  Facsimile: 415-874-1071

6  Attorneys for Plaintiff
   Skout, Inc.
7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12
                                            )   Case No.: 14-02341 RS
13  SKOUT, INC.,                             )
                                             )
14          Plaintiff,                       )   **STIPULATION OF DISMISSAL OF**
                                             )   **DEFENDANTS IDOYA LIMITED AND**
15      v.                                   )   **NORMAN DEMAJO AND [PROPOSED]**
                                             )   **ORDER**
16  JEN PROCESSING, LTD, JENNIFER             )
    NICOLE NEWNHAM, CHRISTOPHER               )
17  RUSSELL NEWNHAM, INFIUM, LTD,             )
    CITYNET LINE, V.A.N. KERESKEDELMI         )
18  ES SZOLGALTATO BETETI TARSASAG,           )
    EPIOHOST LTD, EDIBERT IAN                 )
19  DEGUZMAN, NORMAN DEMAJO, IDOYA            )
    LIMITED, BROUSKO INVESTMENTS              )
20  LIMITED, MANOEL LEVY, JASON               )
    SILVER, JAKE RIOS, MINGKAI ZHANG,         )
21  MR. ELITE TEAM, KRYZYSZTOF                )
    SLAWINSKI and DOES 5-100,                 )
22                                             )
            Defendants.                        )
23
24
25
26
27
28

**STIPULATION OF DISMISSAL OF IDOYA LIMITED AND NORMAN DEMAJO WITH PREJUDICE**

WHEREAS, Plaintiff Skout, Inc. ("Plaintiff") filed its First Amended Complaint for Breach of Contract; Fraud; Unfair or Deceptive Business Practices; Violation of the Computer Fraud and Abuse Act; Violation of the California Comprehensive Computer Data Access and Fraud Act; and Violation of the Controlling the Assault of Non-Solicited Pornography and Marketing Act on May 29, 2015.

WHEREAS, Plaintiff and Defendants Idoya Limited and Norman Demajo settled this matter on or about March 2016.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants Idoya Limited and Norman Demajo through their designated counsel that the above-captioned action should be dismissed with prejudice as to Defendants Idoya Limited and Norman Demajo pursuant to FRCP 41(a)(2). The parties further stipulate that, except as set forth in the March 2016 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses, and costs.

IT IS SO STIPULATED.

Dated: March 10, 2016                KAUFHOLD GASKIN LLP

  /s/ Steven S. Kaufhold
     Steven S. Kaufhold

KAUFHOLD GASKIN LLP
Steven S. Kaufhold (SBN 157195)
SKaufhold@KaufholdGaskin.com
Quynh K. Vu (SBN 286631)
QVu@KaufholdGaskin.com
388 Market St., Suite 1300
San Francisco, CA 94111
T: 415-445-4620

*Attorneys for Skout, Inc.*

STIPULATION OF DISMISSAL OF IDOYA LIMITED AND NORMAN DEMAJO AND [PROPOSED ORDER]
Case No. 14-02341 RS

1

1
2
3  Dated: March 10, 2016                    GORDON & REES

4                                             /s/ James R. Reilly
                                              James R. Reilly
5
                                           GORDON & REES LLP
6                                          James R. Reilly (SBN 127804)
                                           ballon@gtlaw.com
7                                          James Holder (SBN 267843)
                                           275 Battery Street, Suite 2000
8                                          San Francisco, CA 94111
                                           T: 415-986-5900
9
10                                         *Attorneys for Idoya Limited and Norman Demajo*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL OF IDOYA LIMITED AND NORMAN DEMAJO AND [PROPOSED ORDER]
Case No. 14-02341 RS

2

## ORDER

The Court, having considered the stipulation of the parties and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendant Idoya Limited pursuant to FRCP 41(a)(2).
2. The action is dismissed with prejudice as against Defendant Norman Demajo pursuant to FRCP 41(a)(2).
3. Each party shall bear their own costs and attorneys' fees.
4. The Court shall retain jurisdiction over this matter, only to the extent necessary, to enforce the terms of the March 2016 Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  3/10/16

_____
Honorable Richard Seeborg
United States District Judge
Northern District of California